UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK POLIVKA, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT B. CATELL, JOHN R. GALVIN, ALICE S. ILCHMAN, FRANK A. McPHERSON, JOHN E. MEROW, BETSY S. MICHEL, WILLIAM C. MORRIS, LEROY C. RICHIE, ROBERT L. SHAFER, JAMES N. WHITSON, BRIAN T. ZINO, SELIGMAN, INC., J. & W. SELIGMAN & CO., INC., and JOHN DOES NO. 1 THROUGH 100<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ Case No. <u>05 CV 0298</u><br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. 41(a), plaintiffs hereby dismiss this action, which has not been certified as a class action, without prejudice.

Dated: March 1, 2005.

RESPECTFULLY SUBMITTED,

_/s/_
Gary Klein, Esq.
WEITZ & LUXENBERG, P.C.
180 Maiden Lane
New York, New York 10038
(212) 558-5500
(212) 344-5461

Randall K. Pulliam
BARON & BUDD, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605
(214) 520-1181 fax


J. Allen Carney
Hank Bates
CAULEY BOWMAN CARNEY & WILLIAMS, LLP
11311 Arcade Dr.
Suite 200
Little Rock, Arkansas 72212
(501) 312-8500
(501) 312-8505 fax